## MARY CVELICH, ADMINISTRATRIX, ETC., APPELLANT, v. ERIE RAILROAD COMPANY, RESPONDENT.

### Submitted October 30, 1942—Decided January 22, 1943.

For the appellant, *Alexander Simpson*.

For the respondent, *Collins & Corbin*.

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion *per curiam* in the Supreme Court.

*For affirmance*—The Chancellor, Parker, Bodine, Donges, Perskie, Porter, Colie, Dear, Wells, Rafferty, Hague, Thompson, JJ. 12.

*For reversal*—None.